# Court of Appeals
# of the State of Georgia

ATLANTA, November 21, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0460.  JAMES DENNIS v. WILLIAM DANFORTH.**

In this habeas corpus matter, James Dennis filed a motion for reconsideration from the ruling of the superior court.  The superior court denied the motion, and Dennis filed this appeal.  The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4).  This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta, 11/21/2013
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*